IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
ATHENS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>VS.<br><br>**JOHN MARK LAVENDER,**<br><br>Defendant | NO. 3: 06-CR-44 (CAR)<br><br>**BEFORE THE U. S. MAGISTRATE JUDGE**<br><br>**VIOLATIONS:** Firearms Related |

# ORDER AND BENCH WARRANT

Defendant **JOHN MARK LAVENDER** having been heretofore SUMMONED to appear before this court for Initial Appearance in the above-captioned criminal proceeding; and,

Said defendant having this day **FAILED TO APPEAR** as specifically directed;

ACCORDINGLY, IT IS HEREBY ORDERED AND DIRECTED that the United States Marshal, her authorized representative, or any authorized law enforcement officer immediately arrest the said **JOHN MARK LAVENDER** and bring him before this court for proceedings in accordance with the Bail Reform Act of 1984.

SO ORDERED AND DIRECTED, this 11th day of DECEMBER, 2006.



CLAUDE W. HICKS, JR.
UNITED STATES MAGISTRATE JUDGE

### RETURN

This warrant was received and executed with the arrest of the above-named defendant at
_____.

| Date Received | Name and Title of Arresting Officer | Signature of Arresting Officer |
|---|---|---|
| Date of Arrest | | |